CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 04 2015

JULIA C. DUDLEY, CLERK
BY: /s/
       DEPUTY CLERK

AO 247 (06/09 -VAW) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America ) | Case No.: 5:12CR00011-006 |
| v. ) | USM No: 16576-084 |
| Vladimir Petrovich Mazur ) | |
| Date of Previous Judgment: September 16, 2014 ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Applicable)* ) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.   [✓] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___141___ months **is reduced to** ___130 months *___.

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | |
|---|---|
| Previous Offense Level: 28 | Amended Offense Level: 26 |
| Criminal History Category: II | Criminal History Category: II |
| Previous Guideline Range: 87 to 108 months | Amended Guideline Range: 70 to 87 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[✓] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other *(explain)*:

### III. ADDITIONAL COMMENTS

* The defendant's sentence consists of a 70-month of imprisonment for the drug conviction plus a 60-month consecutive term of imprisonment for a firearm conviction under 18 U.S.C. 924(c), resulting in a total term of imprisonment of 130 months. See attached memorandum opinion.

Except as provided above, all provisions of the judgment dated   September 16, 2014   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   AUGUST 4 2015

Effective Date:   November 1, 2015
*(if different from order date)*

*Judge's signature*
Glen E. Conrad, Chief U.S. District Judge
*Printed name and title*