CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

AUG 11 2017

JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Action No. 5:12CR00011-6 |
| ) | (Civil Action No. 5:16CV80991) |
| v. ) | |
| ) | **FINAL ORDER** |
| VLADIMIR PETROVICH MAZUR, ) | |
| ) | By: Hon. Glen E. Conrad |
| Defendant. ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED and ORDERED**

as follows:

1. The government's motion to dismiss, ECF No. 697, is **GRANTED**;

2. Mazur's motion and amended motion pursuant to 28 U.S.C. § 2255, ECF Nos. 682, 687, are **DISMISSED**;

3. This action shall be **STRICKEN** from the active docket of this court; and

4. Finding that Mazur has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER:** This 11th day of August, 2017.

/s/ Glen E. Conrad
United States District Judge